

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2022

No. 04-22-00097-CV

Sharyn **DACBERT**,
Appellant/Cross Appellee

v.

**MEDICAL CENTER OPHTHALMOLOGY ASSOCIATES, L.L.P.** and Michael Singer
Appellees/Cross Appellants

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-06670
Honorable Martha Tanner, Judge Presiding

## O R D E R

Appellees/Cross-Appellants have filed a motion for extension of time to file their brief. We GRANT the motion. Appellees'/Cross-Appellants' brief is due August 22, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court